Opinion issued June 23, 2026



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00235-CV

————————————

**KATHLEEN MILLER, TRAVIS RICHARDSON,
AND RONNIE RICHARDSON, Appellants**

**V.**

**CITY OF MONT BELVIEU, Appellee**

---

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Case No. 21DCV0619**

---

## MEMORANDUM OPINION

To expand its municipal golf course, the City of Mont Belvieu initiated a condemnation suit over a certain tract of real property owned by three siblings in equal, undivided interests ("property owners"). After the special commissioners assessed damages due to the property owners, the property owners filed a plea to the

jurisdiction based on the failure to serve notice of the special commissioners' hearing on one of the owners. The trial court denied the property owners' plea to the jurisdiction.

In two issues, the property owners contend the special commissioners' award condemning their undivided property interests was void due to lack of jurisdiction for failing to serve notice on one of them. But we do not have jurisdiction over this interlocutory appeal under Texas Civil Practice and Remedies Code section 51.014(a)(8) because the plea to the jurisdiction was filed by the property owners, not a governmental unit. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(8).

After asking the parties to address whether we have jurisdiction over this appeal, the property owners requested that we construe their brief as a petition for writ of mandamus. We decline to do so. Thus, we dismiss this appeal for want of jurisdiction.


Clint Morgan
Justice

Panel consists of Justices Gunn, Caughey, and Morgan.

2